DANIEL MALAKAUSKAS, *Cal. Bar No.: 265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive, Suite B-107-240
Las Vegas NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff:* **Meryl Pomponio**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **MERYL POMPONIO**, <br><br> Plaintiff, <br> v. <br><br> **MAROKE INC,** as an entity and doing business as "Quality Auto Dealer", **NINA A. ANTUNES, ALAN ANTUNES,** and **DOES** 1-50, Inclusive, <br><br> Defendants. | Case No.: **3:19-cv-08214-JCS** <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE** <br><br> [Fed. R. Civ. P. 41] |

**PLEASE TAKE NOTICE**, that plaintiff hereby unilaterally requests that this action be and is hereby dismissed in its entirety, **ONLY** against defendants, **NINA A. ANTUNES, ALAN ANTUNES, WITHOUT PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).

Date: January 27th, 2020

/s/ Daniel Malakauskas
By: Daniel Malakauskas, of,
MALAKAUSKAS LAW, APC,
Attorney for Plaintiff